NIPPON TRADING CO. *v.* UNITED STATES

No. 5664.—Invoices dated Nagoya, Japan, January 24, 1930, and January 25, 1930.
Certified January 25, 1930, and January 27, 1930
Entered at San Francisco, Calif., February 11, 1930, and February 17, 1930.
Entry Nos. 15589 and 15865.

(Decided on remand (Reap. Dec. 5608) June 22, 1942).

*Lawrence & Tuttle* (*George R. Tuttle* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General (*Joseph E. Weil* and *Daniel I. Auster,* special attorneys), for the defendant.

DALLINGER, Judge: These appeals to reappraisement having been decided by the Third Division of this court (Reap. Dec. 5608) sitting in review, and the said division having reversed the decision and judgment of the trial judge (Reap. Dec. 5302), and having remanded said appeals to the trial judge with instructions to dismiss the same, the said appeals must be and hereby are dismissed. Judgment will be rendered accordingly.